United States District Court
Southern District of Texas

**ENTERED**

February 25, 2026

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| **AMINI MOHAMMADABADI** | § | |
| **MOHAMMAD,** | § | |
|     **Petitioner,** | § | |
| | § | |
| **V.** | § | **CIVIL ACTION NO. 5:26-CV-00274** |
| | § | |
| **ENRIQUES LUCERO,** *et al.*, | § | |
|     **Respondents.** | § | |

**ORDER**

Before the Court is Petitioner's Petition for Writ of Habeas Corpus, (Dkt. No. 1). Petitioner challenges the constitutionality of his detention in federal immigration custody. Petitioner names Enriques Lucero, San Antonio Field Office Director of ICE-ERO; Todd Lyons, Acting Director of ICE; U.S. Immigration and Customs Enforcement; Kristi Noem, Secretary of the Department of Homeland Security; U.S. Department of Homeland Security; and Pamela Bondi, U.S. Attorney General, as Respondents.

Based upon a review of the Petition, the Court **ORDERS** Respondents to file a response to the petition and serve their response on Petitioner **no later than March 4, 2026.** 28 U.S.C. § 2243. Should Petitioner wish to file a reply, they must do so **no later than March 11, 2026.**[1]

**Petitioner is DIRECTED to serve the petition, (Dkt. No. 1), and its attachments on Respondents via certified mail** pursuant to Rule 4 of the Federal Rules of Civil Procedure and include a copy of this Order with that service. Petitioner is **ORDERED** to file proof that service was sent via certified mail to Respondents **by March 2, 2026**.

The Court further **DIRECTS** the Clerk of Court to send the Petition, (Dkt. No. 1), and this Order to the United States Attorney for the Southern District of Texas by electronic mail to USATXS.CivilNotice@usdoj.gov to provide notice of this action to Respondents. Respondents will not be served further notice of activity on this docket

---

[1] Any deadlines set forth in a civil summons issued by the Clerk of Court are superseded by the deadlines set forth in this Order.

automatically. Instead, they must arrange to monitor the docket themselves, either by automatic electronic service or otherwise.

The Fifth Circuit has entered a decision in *Buenrostro-Mendez v. Bondi*, — F.4th —, No. 25-20496, 2026 WL 323330 (5th Cir. Feb. 6, 2026). While *Buenrostro* may affirm Respondents' interpretation of 8 U.S.C. § 1225(b)(2), Respondents are ordered to address all claims raised in the Petition.

Additionally, Respondents are **ORDERED** to notify Petitioner's counsel and the Court of any anticipated or planned transfer or removal of Petitioner outside of the Southern District of Texas **at least five (5) days** before any such transfer.

It is so **ORDERED**.

**SIGNED** on February 25, 2026.

John A. Kazen
United States District Judge